

US006791757B2

(12) **United States Patent**                (10) **Patent No.:**     **US 6,791,757 B2**
Hobbs et al.                                 (45) **Date of Patent:**     **Sep. 14, 2004**

(54) **OPTICAL DEVICE FOR FILTERING AND SENSING**

(75) Inventors: **Douglas S. Hobbs**, Lexington, MA (US); **James J. Cowan**, Lexington, MA (US)

(73) Assignee: **CoHo Holdings, LLC**, Lexington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 95 days.

(21) Appl. No.: **10/213,583**

(22) Filed: **Aug. 6, 2002**

(65) **Prior Publication Data**

US 2003/0002156 A1 Jan. 2, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/615,011, filed on Jul. 12, 2000.
(60) Provisional application No. 60/310,399, filed on Aug. 6, 2001.

(51) Int. Cl.$^7$ ............................................. G02B 27/00
(52) U.S. Cl. ...................... **359/578**; 359/579; 359/260; 359/261; 359/315; 359/318; 359/247; 349/198
(58) Field of Search ................................. 359/247, 250, 359/252–253, 260–261, 315–318, 321, 578, 579; 349/198

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,598,300 A | * | 1/1997 | Magnusson et al. | ........ 359/566 |
| 5,726,805 A | * | 3/1998 | Kaushik et al. | ............ 359/589 |
| 6,035,089 A | * | 3/2000 | Grann et al. | ............... 385/129 |
| 2002/0164105 A1 | * | 11/2002 | Simpson et al. | .............. 385/11 |
| 2003/0039446 A1 | * | 2/2003 | Hutchinson et al. | .......... 385/39 |
| 2003/0124029 A1 | * | 7/2003 | Webb et al. | ............... 422/102 |

* cited by examiner

*Primary Examiner*—Leo Boutsikaris
(74) *Attorney, Agent, or Firm*—Brian M. Dingman, Esq.; Mirick O'Connell DeMallie & Lougee LLP

(57)                **ABSTRACT**

An apparatus for filtering electromagnetic waves and sensing deposition of chemical species, the apparatus having a substrate having a surface relief structure containing at least one dielectric body with physical dimensions smaller than the wavelength of the filtered electromagnetic waves, such structures repeated in a two dimensional array covering at least a portion of the surface of the first substrate. The apparatus may include one, two, or more such arrays, spaced from one another to create one or more cavities between the arrays.

**30 Claims, 26 Drawing Sheets**





**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4A**          Prior Art

## LIFTOFF PROCESS



**FIG. 4B**    Prior Art



$$W0 = W1 = W2 \qquad \Lambda = (\sqrt{3}/2) \, \Lambda_0 \qquad \Lambda \ll \lambda$$
$$\Lambda_0 = \Lambda_1 = \Lambda_2 \qquad \qquad \qquad \qquad w \ll \lambda$$

**FIG. 5**



# FIG. 6



$$W0 = W1 = W2$$
$$\Lambda_0 > \Lambda_1 > \Lambda_2$$

$$\Lambda = (\sqrt{3}/2)\,\Lambda_0$$

$$\Lambda \ll \lambda$$
$$w \ll \lambda$$

**FIG. 7**



$$W0 < W1$$
$$W1 = W2$$
$$\Lambda_0 = \Lambda_1 = \Lambda_2$$

$$\Lambda = (\sqrt{3}/_2)\,\Lambda_0$$

$$\Lambda \ll \lambda$$
$$w \ll \lambda$$

**FIG. 8**

www.FreePatentsOnline.com



**FIG. 9**



**FIG. 10**



**FIG. 11**

www.FreePatentsOnline.com



**FIG. 12**



**FIG. 13**

www.FreePatentsOnline.com



**FIG. 14**



**FIG. 15A**