%AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

SRU BIOSYSTEMS, INC.,
      Plaintiff,
      V.

DOUGLAS S. HOBBS, JAMES J. COWAN, and
COHO HOLDINGS LLC,
      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 201

TO: (Name and address of Defendant)
Douglas S. Hobbs
1998 Massachusetts Avenue
Lexington, MA  02421-4803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    John G. Day
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                April 7, 2005

CLERK                                                  DATE

_____
(By) DEPUTY CLERK


AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>April 8, 2005 |
| NAME OF SERVER *(PRINT)*<br>Lawrence Hickey | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1998 Massachusetts Avenue, Lexington, MA 02421-4803

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -- | $100.00 | $100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 8, 2005
Date

*Signature of Server*

Sullivan & Company, 21 George Street,
*Address of Server*
Lowell, MA   01852

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.