IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRU BIOSYSTEMS, INC. | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 05-201-SLR |
| DOUGLAS S. HOBBS, JAMES J. COWAN, and COHO HOLDINGS LLC | ) ) ) ) ) | |
|     Defendants. | ) ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John J. McDonnell, James C. Gumina, Patrick C. Gattari, and Paula S. Fritsch to represent the plaintiff in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for the foregoing attorneys are being submitted to the Clerk's office in connection with this motion

ASHBY & GEDDES

/s/ 
Steven J. Balick (I.D. #2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*Attorneys for Plaintiff*

Dated: April 19, 2005
156070.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
                                                                                    Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS S. HOBBS, )<br>JAMES J. COWAN, and )<br>COHO HOLDINGS, LLC )<br>)<br>Defendants. )<br>) | Civil Action No. 05-201 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____

John J. McDonnell
McDonnell Boehnen Hulbert &
Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
tel. 312-913-0001
fax 312-913-0002

Dated: April 13, 2005

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS S. HOBBS,<br>JAMES J. COWAN, and<br>COHO HOLDINGS, LLC<br><br>Defendants. | Civil Action No. 05-201 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
James C. Gumina
McDonnell Boehnen Hulbert &
Berghoff
300 South Wacker Drive
Chicago, Illinois 60606
tel. 312-913-0001
fax 312-913-0002

Dated: 4/11/05

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS S. HOBBS,<br>JAMES J. COWAN, and<br>COHO HOLDINGS, LLC<br><br>Defendants. | Civil Action No. 05-201 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Patrick G. Gattari
McDonnell Boehnen Hulbert &
Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
tel. 312-913-0001
fax 312-913-0002

Dated: 4-13-05

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS S. HOBBS, )<br>JAMES J. COWAN, and )<br>COHO HOLDINGS, LLC )<br>)<br>Defendants. ) | Civil Action No. 05-201 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: /s/ Paula S. Fritsch
Paula S. Fritsch
McDonnell Boehnen Hulbert &
Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
tel. 312-913-0001
fax 312-913-0002

Dated: April 12, 2005

1