IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS S. HOBBS, JAMES J. COWAN, )<br>and COHO HOLDINGS, LLC, )<br>)<br>Defendants. ) | C.A. No. 05-201 (SLR) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance as Delaware counsel on behalf of defendants Douglas S. Hobbs, James J. Cowan and COHO Holdings, LLC. Please update the service list and mailing matrix, accordingly.

BLANK ROME LLP

Dated: June 6, 2005

/s/ Dale R. Dubé
Dale R. Dubé (I.D. No. 2863)
1201 Market Street
Suite 800
Wilmington, Delaware 19801
(302) 425-6400
dube@blankrome.com

900200.00001/40154271v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2005, I electronically filed the Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John G. Day
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

I also certify that, on June 6, 2005, I served the aforementioned document, by facsimile and U.S. Mail, to the following non-registered participants:

John J. McDonnell
James C. Gumina
Patrick G. Gattari
Paula S. Fritsch
Mc DONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Facsimile: 312-913-0002

/s/ Dale R. Dubé
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com

900200.00001/40154271v1