IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRU BIOSYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-201 (SLR) |
| | ) | |
| DOUGLAS S. HOBBS, JAMES J. COWAN, | ) | |
| and COHO HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO TRANSFER VENUE

Defendants, Douglas S. Hobbs, James J. Cowan, and CoHo Holdings, LLC, by and through their undersigned counsel, respectfully move to transfer venue to the United States District Court for the District of Massachusetts, for the reasons set forth in the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted,

BLANK ROME LLP

Dated: July 1, 2005

/s/ Dale R. Dubé
Dale R. Dubé (I.D. No. 2863)
1201 Market Street
Suite 800
Wilmington, Delaware 19801
(302) 425-6400
dube@blankrome.com

900200.00001/40154951v1

Statement Under Local Rule 7.1.1

I hereby certify that counsel made a reasonable effort to reach agreement with counsel for SRU to transfer this matter to the District of Massachusetts, but opposing counsel refused the request to transfer.

/s/ Dale R. Dubé
Dale R. Dubé, Esq. (D.I. 2863)

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I electronically filed the Motion to Transfer Venue with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>   Steven J. Balick
>   John G. Day
>   ASHBY & GEDDES
>   222 Delaware Avenue, 17th Floor
>   P.O. Box 1150
>   Wilmington, DE 19899

I also certify that, on July 1, 2005, I served the aforementioned document, by facsimile and Federal Express, upon the following non-registered participants:

>   John J. McDonnell
>   James C. Gumina
>   Patrick G. Gattari
>   Paula S. Fritsch
>   Mc DONNELL BOEHNEN HULBERT & BERGHOFF LLP
>   300 South Wacker Drive
>   Chicago, Illinois 60606
>   Facsimile: 312-913-0002

>   /s/ Dale R. Dubé
>   Dale R. Dubé (I.D. No. 2863)
>   BLANK ROME LLP
>   1201 Market Street
>   Suite 800
>   (302) 425-6400
>   dube@blankrome.com