# EXHIBIT C

 **Dechert** LLP

Timothy C. Blank
Direct Tel: (617) 728-7154
Direct Fax: (215) 761-0754
timothy.blank@dechert.com

BOSTON

BRUSSELS

CHARLOTTE

FRANKFURT

HARRISBURG

HARTFORD

LONDON

LUXEMBOURG

MUNICH

NEW YORK

NEWPORT BEACH

PALO ALTO

PARIS

PHILADELPHIA

PRINCETON

SAN FRANCISCO

WASHINGTON

July 19, 2005

Brian M. Dingman, Esquire
Mirick O'Connell DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581

Re:   SRU Biosystems, Inc. v. Douglas Hobbs
      Civil Action No. 04-5628 – BLS

Dear Brian:

I enclose:

1. Notice of Deposition of Defendant Douglas Hobbs;

2. Notice of Deposition of James Cowan; and

3. A copy of a subpoena duces tecum to be served on Mr. Cowan.

Thank you.

Very truly yours,

Timothy C. Blank

TCB/dmz

9871332.1.LITIGATION

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                                 SUPERIOR COURT

|  |  |
|---|---|
| SRU BIOSYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-5628 |
| DOUGLAS HOBBS, | ) |
| Defendant | ) |

## NOTICE OF DEPOSITION
## OF DEFENDANT DOUGLAS HOBBS

PLEASE TAKE NOTICE that, pursuant to Mass. R. Civ. P. 30, Plaintiff SRU Biosystems, Inc., by its respective attorneys, will take the deposition upon oral examination of Douglas Hobbs, 1998 Massachusetts Avenue, Lexington, MA, commencing at 9:00 a.m. on August 18 2005, at the offices of DECHERT LLP, 200 Clarendon Street, 27th Floor, Boston, MA 02116-5021, or such other date, time and location as the parties may mutually agree.

The deposition will be conducted before a notary public or other officer authorized by law to administer oaths, and will continue from day-to-day, or upon any adjourned dates as may be agreed upon by the parties, until completed. The deposition will be recorded by stenographic means and may be recorded by audio-visual means. You are invited to attend and cross-examine.

Dated: July 19, 2005

Respectfully submitted,

SRU Biosystems, Inc.
By its attorneys,

_____

Timothy C. Blank (BBO# 548670)
Matthew M. Lyons (BBO# 657685)
DECHERT LLP
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
(617) 728-7100

OF COUNSEL:
James C. Gumina
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON July 19, 2005

_____

| DEPOSITION SUBPOENA: DUCES TECUM | PAD #54  LAWYERS STATIONERY |
| WITH OFFICERS RETURN OF SERVICE | REVISED 7-7-74 |

# Commonwealth of Massachusetts

SUFFOLK , ss.

SRU BIOSYSTEMS, INC.
                                Plaintiff(s)
        vs.
DOUGLAS HOBBS
                                Defendant(s)

SUPERIOR Court

Docket No. 04-5628

M. R. C. P.
Rule 30(a) &
Rule 45

To:  James Cowan, 9 Winston Road, Lexington, MA  02421

Greetings:

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of _____ SRU Biosystems, Inc. _____ before a Notary Public of the Commonwealth, at the office of Dechert LLP Attorney __ Timothy C. Blank __, No. __ 200 Clarendon __ Street, in the City of __ Boston __, on the __ 17th __ day of __ August __, 19 2005 at __ 9:00 __ o'clock __ A.M., and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

* And you are further required to bring with you


SEE ATTACHED EXHIBIT A


Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided

Timothy C. Blank
*Attorney for* Plaintiff
200 Clarendon Street, 27th Fl.
*Address*
Boston, MA 02116
*City or Town*

DONNA M. ZOGRAFOS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 14, 2008

Dated __ July 14 __, 19 2005

/s/ Donna M. Zografos
*Notary Public*

My Commission expires         , 19

*Strike out the words "And you are further required to bring with you" *unless the subpoena is to require* the Production of Documents or tangible things, in which case production of document or tangible things should be designated in the space provided.

Exhibit A

Deposition of James Cowan

Civil Action No. 04-5628 in the Suffolk Superior Court

As used here, "document" means articles, research papers, correspondence, e-mails, notes, plans, laboratory notebooks, specifications, drawings, patent applications, invention records, and other data compilations from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably usable form, and as otherwise provided by Rule 34, Massachusetts Rules of Civil Procedure.

1. All documents that refer to or relate to the relationship between James Cowan (hereinafter "Cowan") and SRU Biosystems, LLC, SRU Biosystems, Inc., and SRU Biosystems Holdings, LLC (hereinafter "SRU").

2. All documents that refer to or relate to the relationship between Aztec Systems, TelAztec and/or BioAztec, their subsidiaries, divisions, business units, agents and representatives (hereinafter collectively and individually "Aztec") and SRU.

3. All documents that refer to or relate to the relationship between CoHo Holdings, LLC, its subsidiaries, divisions, business units, agents and representatives (hereinafter "CoHo Holdings") and SRU.

4. All documents that refer to or relate to SRU.

5. All documents that refer or relate to Brian Cunningham.

6. All documents and things that refer to or relate to the Memorandum of Understanding ("MOU") between SRU and Douglas Hobbs, executed on October 25, 2000.

7. All documents and things that refer to or relate to patents or patent applications related to biosensor devices naming James Cowan as an inventor.

8. All documents reflecting James Cowan's individual or joint invention, conception or reduction to practice of a biosensor device.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                                                          SUPERIOR COURT

|  |  |
|---|---|
| SRU BIOSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS HOBBS, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-5628 <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF DEPOSITION OF JAMES COWAN

PLEASE TAKE NOTICE that, pursuant to Mass. R. Civ. P. 30, Plaintiff SRU Biosystems, Inc., by its respective attorneys, will take the deposition upon oral examination of James Cowan, 9 Winston Road, Lexington, MA 02421, commencing at 9:00 a.m. on August 17, 2005, at the offices of DECHERT LLP, 200 Clarendon Street, 27th Floor, Boston, MA 02116-5021, or such other date, time and location as the parties may mutually agree.

The deposition will be conducted before a notary public or other officer authorized by law to administer oaths, and will continue from day-to-day, or upon any adjourned dates as may be agreed upon by the parties, until completed. The deposition will be recorded by stenographic means and may be recorded by audio-visual means. You are invited to attend and cross-examine.

The witness shall be subpoenaed to produce the documents described on the attached Schedule A.

Dated: July 19, 2005

Respectfully submitted,

SRU Biosystems, Inc.
By its attorneys,

_____

Timothy C. Blank (BBO# 548670)
Matthew M. Lyons (BBO# 657685)
DECHERT LLP
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
(617) 728-7100

OF COUNSEL:
James C. Gumina
McDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

CERTIFICATE OF SERVICE

HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEYS OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON July 19, 2005

_____

2

Exhibit A

Deposition of James Cowan

Civil Action No. 04-5628 in the Suffolk Superior Court

As used here, "document" means articles, research papers, correspondence, e-mails, notes, plans, laboratory notebooks, specifications, drawings, patent applications, invention records, and other data compilations from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably usable form, and as otherwise provided by Rule 34, Massachusetts Rules of Civil Procedure.

1. All documents that refer to or relate to the relationship between James Cowan (hereinafter "Cowan") and SRU Biosystems, LLC, SRU Biosystems, Inc., and SRU Biosystems Holdings, LLC (hereinafter "SRU").

2. All documents that refer to or relate to the relationship between Aztec Systems, TelAztec and/or BioAztec, their subsidiaries, divisions, business units, agents and representatives (hereinafter collectively and individually "Aztec") and SRU.

3. All documents that refer to or relate to the relationship between CoHo Holdings, LLC, its subsidiaries, divisions, business units, agents and representatives (hereinafter "CoHo Holdings") and SRU.

4. All documents that refer to or relate to SRU.

5. All documents that refer or relate to Brian Cunningham.

6. All documents and things that refer to or relate to the Memorandum of Understanding ("MOU") between SRU and Douglas Hobbs, executed on October 25, 2000.

7. All documents and things that refer to or relate to patents or patent applications related to biosensor devices naming James Cowan as an inventor.

8. All documents reflecting James Cowan's individual or joint invention, conception or reduction to practice of a biosensor device.