# EXHIBIT E

US006791757B2

## (12) United States Patent
### Hobbs et al.

(10) Patent No.: **US 6,791,757 B2**
(45) Date of Patent: **Sep. 14, 2004**

(54) **OPTICAL DEVICE FOR FILTERING AND SENSING**

(75) Inventors: **Douglas S. Hobbs**, Lexington, MA (US); **James J. Cowan**, Lexington, MA (US)

(73) Assignee: **CoHo Holdings, LLC**, Lexington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 95 days.

(21) Appl. No.: **10/213,583**

(22) Filed: **Aug. 6, 2002**

(65) **Prior Publication Data**

US 2003/0002156 A1 Jan. 2, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/615,011, filed on Jul. 12, 2000.
(60) Provisional application No. 60/310,399, filed on Aug. 6, 2001.

(51) Int. Cl.[7] ................................................. G02B 27/00
(52) U.S. Cl. .................. **359/578**; 359/579; 359/260; 359/261; 359/315; 359/318; 359/247; 349/198
(58) Field of Search ................................ 359/247, 250, 359/252–253, 260–261, 315–318, 321, 578, 579; 349/198

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,598,300 A | * | 1/1997 | Magnusson et al. ........ 359/566 |
| 5,726,805 A | * | 3/1998 | Kaushik et al. ............. 359/589 |
| 6,035,089 A | * | 3/2000 | Grann et al. ................ 385/129 |
| 2002/0164105 A1 | * | 11/2002 | Simpson et al. .............. 385/11 |
| 2003/0039446 A1 | * | 2/2003 | Hutchinson et al. .......... 385/39 |
| 2003/0124029 A1 | * | 7/2003 | Webb et al. ................ 422/102 |

* cited by examiner

*Primary Examiner*—Leo Boutsikaris
(74) *Attorney, Agent, or Firm*—Brian M. Dingman, Esq.; Mirick O'Connell DeMallie & Lougee LLP

(57) **ABSTRACT**

An apparatus for filtering electromagnetic waves and sensing deposition of chemical species, the apparatus having a substrate having a surface relief structure containing at least one dielectric body with physical dimensions smaller than the wavelength of the filtered electromagnetic waves, such structures repeated in a two dimensional array covering at least a portion of the surface of the first substrate. The apparatus may include one, two, or more such arrays, spaced from one another to create one or more cavities between the arrays.

**30 Claims, 26 Drawing Sheets**



$\Lambda \ll \lambda$
$W \ll \lambda$
$h1 \ll \lambda$
$h2 \ll \lambda$

US006870624B2

| (12) **United States Patent**<br>Hobbs et al. | (10) Patent No.: **US 6,870,624 B2**<br>(45) Date of Patent: **Mar. 22, 2005** |
|---|---|

(54) **OPTICAL WAVELENGTH RESONANT DEVICE FOR CHEMICAL SENSING**

(75) Inventors: **Douglas S. Hobbs**, Lexington, MA (US); **James J. Cowan**, Lexington, MA (US)

(73) Assignee: Coho Holdings LLC, Lexington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 362 days.

(21) Appl. No.: **10/001,069**

(22) Filed: **Oct. 30, 2001**

(65) **Prior Publication Data**

US 2003/0210396 A1 Nov. 13, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/244,312, filed on Oct. 30, 2000, provisional application No. 60/283,314, filed on Apr. 12, 2001, and provisional application No. 60/310,399, filed on Aug. 6, 2001.

(51) Int. Cl.$^7$ .......................... G01N 21/25; G01N 21/47
(52) U.S. Cl. ...................... 356/416; 356/440; 422/82.05
(58) Field of Search ............................... 356/402, 416, 356/440; 422/82.05, 68.1; 359/573, 569, 565

(56) **References Cited**

PUBLICATIONS

Cowan, J. J., "Aztec surface–relief volume diffractive structure," Journal of the Optical Society of America, vol. 7, No. 8, pp. 1529–1544 (Aug. 1990).*

* cited by examiner

Primary Examiner—Gregory J. Toatley, Jr.
Assistant Examiner—Roy M. Punnoose
(74) Attorney, Agent, or Firm—Brian M. Dingman, Esq.; Mirick, O'Connell, DeMallie & Lougee, LLP

(57) **ABSTRACT**

An apparatus for filtering electromagnetic waves, the apparatus comprising a substrate having a surface relief structure containing at least one dielectric body with physical dimensions smaller than the wavelength of the filtered electromagnetic waves, such structures repeated in a two dimensional array covering at least a portion of the surface of the first substrate. Also disclosed is a material sensor utilizing this apparatus.

**25 Claims, 14 Drawing Sheets**



$W0 = W1 = W2$
$\Lambda 0 = \Lambda 1 = \Lambda 2$

$\Lambda \ll \lambda$
$W \ll \lambda$