IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRU BIOSYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-201 (SLR) |
| | ) | |
| DOUGLAS S. HOBBS, JAMES J. COWAN, | ) | |
| and COHO HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jenifer E. Haeckl, Esquire, of the law firm of Mirick, O'Connell, DeMallie & Lougee LLP, to represent Defendants in this matter.

BLANK ROME LLP

Dated: July 29, 2005

_Dale R. Dubé_
Dale R. Dubé (I.D. No. 2863)
1201 Market Street
Suite 800
Wilmington, Delaware 19801
(302) 425-6400
dube@blankrome.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____

_____
The Honorable Sue L. Robinson

123210.00601/40155311v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:   July 28, 2005                         Signed: _____
                                              Jenifer E. Haeckl, Esq.
                                              Mirick, O'Connell, DeMallie &
                                              Lougee, LLP
                                              100 Front Street
                                              Worcester, MA 01608
                                              (508) 791-8500

{H:\PA\CORP\17958\00017\A0822913.DOC}

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of July, 2005, I electronically filed the Motion and Order for Admission Pro Hac Vice using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I also certify that, on this 29 day of July, 2005, I served the aforementioned document, by facsimile and First Class Mail, upon the following non-registered participants:

> John J. McDonnell
> James C. Gumina
> Patrick G. Gattari
> Paula S. Fritsch
> Mc DONNELL BOEHNEN HULBERT & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606
> Facsimile: 312-913-0002

*Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com