# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 9, 2005

The Honorable Sue L. Robinson  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

VIA E-FILING

Re:   *SRU Biosystems, Inc. v. Douglas S. Hobbs, et al.,*  
      C.A. No. 05-201-SLR

Dear Chief Judge Robinson:

In preparation for the Rule 16 teleconference scheduled for 8:00 am (Eastern) on Thursday August 11, 2005 in the above action, I am pleased to report that the parties have reached agreement on all proposed dates.

The parties, however, have been unable to reach agreement on the following two provisions:

(1)   Paragraph 2(b)(2) addresses the number of interrogatories permitted in this matter. Plaintiff proposes a limitation of 25 interrogatories; Defendants propose a limitation of 50 interrogatories.

(2)   Paragraph 2(b)(6) addresses the amount of deposition time permitted in this action. The Defendants propose an unlimited amount of time for Rule 30(b)(6) depositions; Plaintiff opposes that request.

For the Court's convenience, we enclose a proposed scheduling order that reflects all of the agreed upon dates, with blanks for the disputed provisions listed above and dates and time that are dependent upon the Court's calendar.

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

The Honorable Sue L. Robinson
August 9, 2005
Page 2

JGD/nml
Enclosure
160249.1

c:  Clerk of the Court (by hand; w/enc.)
    Dale R. Dube, Esquire (by hand; w/enc.)
    James C. Gumina, Esquire (via facsimile; w/enc.)
    Brian M. Dingman, Esquire (via facsimile; w/enc.)