IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRU BIOSYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-201-SLR |
| | ) | |
| DOUGLAS S. HOBBS, JAMES J. COWAN, and | ) | |
| COHO HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 9th day of September, 2005, **SRU'S FIRST**

**SET OF REQUESTS (NOS. 1-80) FOR PRODUCTION OF DOCUMENTS AND THINGS**

**TO DEFENDANT JAMES J. COWAN** was served upon the following counsel of record at the

address and in the manner

indicated:

Dale R. Dube, Esquire                                    <u>HAND DELIVERY</u>
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Brian M. Dingman, Esquire                            <u>VIA FEDERAL EXPRESS</u>
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA  01581-3941

ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

John J. McDonnell
James C. Gumina
Patrick G. Gattari
Paula S. Fritsch
McDONNELL BOEHNEN
   HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 913-0001

Dated: September 9, 2005
158256.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of September, 2005, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Dale R. Dube, Esquire                                                    <u>HAND DELIVERY</u>
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Brian M. Dingman, Esquire                                          <u>VIA FEDERAL EXPRESS</u>
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA  01581-3941


*/s/ John G. Day*
_____
John G. Day