# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 27, 2005

The Honorable Sue L. Robinson                VIA E-FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

      Re:    *SRU Biosystems, Inc. v. Douglas S. Hobbs, et al.*,
            C.A. No. 05-201-SLR

Dear Chief Judge Robinson:

     Enclosed is the proposed Scheduling Order in the above action, which reflects the decisions of the Court at the August 11, 2005 Rule 16 teleconference.

.

                              Respectfully,

                              /s/ *John G. Day*

                              John G. Day (I.D. #2403)

JGD/nml
Enclosure
161768.1

    c:     Clerk of the Court (by hand; w/enc.)
           Dale R. Dube, Esquire (by hand; w/enc.)
           James C. Gumina, Esquire (via facsimile; w/enc.)
           Brian M. Dingman, Esquire (via facsimile; w/enc.)