IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-201-SLR |
| | ) |
| DOUGLAS S. HOBBS, et al., | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 18th day of October, 2005, having reviewed plaintiff's September 26, 2005 letter setting forth the remaining disputes between the parties regarding the proposed protective order in the above action (D.I. 26);

IT IS ORDERED that plaintiff's suggested language, broader in nature than that proposed by defendants, is the more appropriate and shall be included in the final protective order entered by the parties to this case.

United States District Judge