# ASHBY & GEDDES

**ATTORNEYS AND COUNSELLORS AT LAW**

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 27, 2005

The Honorable Sue L. Robinson         VIA E-FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

      Re:   *SRU Biosystems, Inc. v. Douglas S. Hobbs, et al.,*
             C.A. No. 05-201-SLR

Dear Chief Judge Robinson:

     The parties to the above action jointly submit the enclosed Stipulated Protective Order, which has been revised to reflect the decision of the Court in Your Honor's October 18, 2005 Order (D.I. 31).

                                 Respectfully,

                                 /s/ *John G. Day*

                                 John G. Day (I.D. #2403)

JGD/nml
Enclosure
162877.1

c:     Clerk of the Court (by hand; w/enc.)
       Dale R. Dube, Esquire (by hand; w/enc.)
       James C. Gumina, Esquire (via facsimile; w/enc.)
       Brian M. Dingman, Esquire (via facsimile; w/enc.)