IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-201 (SLR) |
| ) | |
| DOUGLAS S. HOBBS, JAMES J. COWAN, ) | |
| and COHO HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 11, 2005, Defendant James J. Cowan served his (i) Answers to Plaintiff's First Set of Interrogatories; and (ii) Responses to Plaintiff's Fist Set of Requests (Nos. 1-80) for Production of Documents and Things upon the counsel listed below, in the manner indicated:

### BY FIRST CLASS MAIL

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 198996

John J. McDonnell
James C. Gumina
Patrick G. Gattari
Paula S. Fritsch
Mc DONNELL BOEHNEN HULBERT &
    BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com

123210.00601/40157601v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2005, I electronically filed the Notice of Service using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I also certify that, on this 28th day of October, 2005, I served the aforementioned document, by facsimile and First Class Mail, upon the following non-registered participants:

> John J. McDonnell
> James C. Gumina
> Patrick G. Gattari
> Paula S. Fritsch
> Mc DONNELL BOEHNEN HULBERT & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606
> Facsimile: 312-913-0002

_____
Dale R. Dubé  (I.D. No. 2863)
dube@blankrome.com

123210.00601/40157601v.1