## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRU BIOSYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-201 (SLR) |
| | ) | |
| DOUGLAS S. HOBBS, JAMES J. COWAN, and COHO HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 11, 2005, Defendant CoHo Holdings LLC served its (i) Answers to Plaintiff's First Set of Interrogatories; and (ii) Responses to Plaintiff's Fist Set of Requests (Nos. 1-80) for Production of Documents and Things upon the counsel listed below, in the manner indicated:

### BY FIRST CLASS MAIL

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 198996

John J. McDonnell
James C. Gumina
Patrick G. Gattari
Paula S. Fritsch
Mc DONNELL BOEHNEN HULBERT &
    BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606


Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com

123210.00601/40157602v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2005, I electronically filed the Notice of

Service using CM/ECF which will send notification of such filing(s) to the following:

      Steven J. Balick
      John G. Day
      ASHBY & GEDDES
      222 Delaware Avenue, 17th Floor
      P.O. Box 1150
      Wilmington, DE 19899

I also certify that, on this 28th day of October, 2005, I served the aforementioned

document, by facsimile and First Class Mail, upon the following non-registered participants:

      John J. McDonnell
      James C. Gumina
      Patrick G. Gattari
      Paula S. Fritsch
      Mc DONNELL BOEHNEN HULBERT & BERGHOFF LLP
      300 South Wacker Drive
      Chicago, Illinois 60606
      Facsimile: 312-913-0002

      *Dale R. Dubé*

      Dale R. Dubé  (I.D. No. 2863)
      dube@blankrome.com

123210.00601/40157602v.1