IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-201-SLR |
| | : |
| DOUGLAS S. HOBBS, JAMES J. COWAN, and COHO HOLDINGS, LLC, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **8th** day of **November, 2005,**

IT IS ORDERED that the mediation conference scheduled for Saturday, November 19, 2005 beginning at 9:00 a.m. has been rescheduled to **Tuesday, November 29, 2005 beginning at 9:00 a.m. Dress for the mediation is casual.** Submissions of the parties shall now be due on or before **Friday, November 18, 2005.** All other provisions of the Court's October 25, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE