IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SRU BIOSYSTEMS, INC.,                          )
                                               )
          Plaintiff,                           )
                                               )
     v.                                        )     C.A. No. 05-201-SLR
                                               )
DOUGLAS S. HOBBS, JAMES J. COWAN, and          )
COHO HOLDINGS, LLC,                            )
                                               )
          Defendants.                          )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 8th day of November, 2005, **PLAINTIFF'S**

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served upon the

following counsel of record at the address and in the manner

indicated:

Dale R. Dube, Esquire                                    HAND DELIVERY
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801


Brian M. Dingman, Esquire                          VIA FEDERAL EXPRESS
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA  01581-3941

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

John J. McDonnell
James C. Gumina
Patrick G. Gattari
Paula S. Fritsch
McDONNELL BOEHNEN
      HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 913-0001

Dated:  November 8, 2005
158256.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2005, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Dale R. Dube, Esquire                                    HAND DELIVERY
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Brian M. Dingman, Esquire                           VIA FEDERAL EXPRESS
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA  01581-3941




                                         */s/ Lauren E. Maguire*
                                         _____
                                         Lauren E. Maguire