IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS S. HOBBS, JAMES J. COWAN, and COHO HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 05-201-SLR |

## SRU'S NOTICE OF DEPOSITION OF JAMES COWAN

**PLEASE TAKE NOTICE** that Plaintiff SRU Biosystems, Inc., ("SRU") shall, pursuant to Fed. R. Civ. P. 30, take the deposition upon oral examination of James Cowan at the offices of Dechert LLP, 200 Claredon Street, 27th Floor, Boston, Massachusetts 02116-5021 beginning on December 5, 2005 commencing at 9:00 a.m., and continuing from day to day until completed or adjourned. The deposition shall be recorded by stenographic and/or videographic means.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plainitff*

*Of Counsel:*

John J. McDonnell
James C. Gumina
Patrick G. Gattari
Paula S. Fritsch
McDONNELL BOEHNEN HULBERT
   & BERGHOFF
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

Dated: November 10, 2005
163398.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2005, the attached **SRU'S NOTICE OF DEPOSITION OF JAMES COWAN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Dale R. Dube, Esquire<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801 | HAND DELIVERY |
| Brian M. Dingman, Esquire<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1700 West Park Drive<br>Westborough, MA 01581-3941 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
John G. Day