IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 05-201 (SLR) |
| DOUGLAS S. HOBBS, JAMES J. COWAN, and COHO HOLDINGS, LLC, | ) ) ) ) |
|       Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Brian M. Dingman, Esquire, of the law firm of Mirick, O'Connell, DeMallie & Lougee LLP, to represent Defendants in this matter. Payment of Mr. Dingman's $25.00 annual fee, in accordance with the Standing Order for District Court Fund, is being submitted upon the filing of this motion.

BLANK ROME LLP

Dated: November 28, 2005

*Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 Market Street
Suite 800
Wilmington, Delaware 19801
(302) 425-6400
dube@blankrome.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____    _____
The Honorable Sue L. Robinson

123210.00601/40155314v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2005, I electronically filed the Motion and Order for Admission Pro Hac Vice using CM/ECF which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> ASHBY & GEDDES
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I also certify that, on this 28th day of November, 2005, I served the aforementioned document, by facsimile and First Class Mail, upon the following non-registered participants:

> John J. McDonnell
> James C. Gumina
> Patrick G. Gattari
> Paula S. Fritsch
> Mc DONNELL BOEHNEN HULBERT & BERGHOFF LLP
> 300 South Wacker Drive
> Chicago, Illinois 60606
> Facsimile: 312-913-0002

Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com

123210.00601/40155314v.1