## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:   November 28, 2005            Signed: _____
                                     Brian M. Dingman, Esq.
                                     Mirick, O'Connell, DeMallie &
                                     Lougee, LLP
                                     1700 West Park Drive
                                     Westborough, MA 01608
                                     (508) 898-1501

{H:\PA\CORP\17958\00017\A0861061.DOC}