IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SRU BIOSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-201 (SLR) |
| | ) |
| DOUGLAS S. HOBBS, JAMES J. COWAN, | ) |
| and COHO HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 2, 2005, Defendants Douglas S. Hobbs, James J. Cowan and CoHo Holdings, LLC served Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) upon the counsel listed below, in the manner indicated:

### BY E-MAIL AND FIRST CLASS MAIL

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Patrick G. Gattari, Esquire
Mc DONNELL BOEHNEN HULBERT &
 BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2005, I electronically filed the Notice of Service using CM/ECF which will send notification of such filing(s) to the following:

    Steven J. Balick
    John G. Day
    ASHBY & GEDDES
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE 19899

I also certify that, on this 8th day of December, 2005, I served the aforementioned document, by facsimile and First Class Mail, upon the following non-registered participants:

    John J. McDonnell
    James C. Gumina
    Patrick G. Gattari
    Paula S. Fritsch
    Mc DONNELL BOEHNEN HULBERT & BERGHOFF LLP
    300 South Wacker Drive
    Chicago, Illinois 60606
    Facsimile: 312-913-0002

                              /s/ Dale R. Dubé
                              Dale R. Dubé (I.D. No. 2863)
                              dube@blankrome.com