IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS S. HOBBS, JAMES J. COWAN, ) <br> and COHO HOLDINGS, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 05-201 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 2, 2005, Defendant Douglas S. Hobbs served his Supplemental and Amended Answers to Plaintiff's First Set of Interrogatories upon the counsel listed below, in the manner indicated:

### BY E-MAIL AND FIRST CLASS MAIL

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Patrick G. Gattari, Esquire
Mc DONNELL BOEHNEN HULBERT &
  BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606

/s/ Dale R. Dubé
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com

123210.00601/40158457v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2005, I electronically filed the Notice of Service using CM/ECF which will send notification of such filing(s) to the following:

>Steven J. Balick
>John G. Day
>ASHBY & GEDDES
>222 Delaware Avenue, 17[th] Floor
>P.O. Box 1150
>Wilmington, DE 19899

I also certify that, on this 8th day of December, 2005, I served the aforementioned document, by facsimile and First Class Mail, upon the following non-registered participants:

>John J. McDonnell
>James C. Gumina
>Patrick G. Gattari
>Paula S. Fritsch
>Mc DONNELL BOEHNEN HULBERT & BERGHOFF LLP
>300 South Wacker Drive
>Chicago, Illinois 60606
>Facsimile: 312-913-0002

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
dube@blankrome.com

123210.00601/40158457v.1