IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS S. HOBBS, )<br>JAMES J. COWAN, and )<br>COHO HOLDINGS, LLC, )<br>)<br>Defendants. ) | Civil Action No. 05-201-SLR |

## STIPULATED ORDER OF DISMISSAL

Plaintiff SRU Biosystems, Inc. and Defendants Douglas S. Hobbs, James J. Cowan and CoHo Holdings, LLC, have reached a settlement with regard to all asserted claims between them in the above-captioned action. Attached to this Stipulated Order (at Tabs 1 and 2, respectively) are Plaintiff's Unopposed Motion for Entry of an Order Pursuant to 35 U.S.C § 256 to Correct the Inventorship of U.S. Patent No. 6,870,624 and a proposed Order Correcting Inventorship. Upon entry of the Order Correcting Inventorship, which will resolve Count I of Plaintiff's Complaint, the parties have agreed that Count II of Plaintiff's Complaint and all of the Defendants' Counterclaims should be dismissed with prejudice. Therefore, upon entry of the Order Correcting Inventorship and this Stipulated Order of Dismissal, all of the issues in this action will be resolved.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties respectfully request that the Court enter the Order Correcting Inventorship, and this Stipulated Order of Dismissal, with each party to bear its own costs and attorneys' fees.

| BLANK ROME LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Dale Dube* | /s/ *John G. Day* |
| Dale Dube (I.D. # 2863)<br>1201 Market Street<br>Suite 800<br>Wilmington, DE<br>dube@blankrome.com | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| *Of Counsel:* | *Of Counsel:* |
| Brian Dingman<br>Patricia Davidson<br>MIRICK O'CONNELL DEMALLIE<br>    & LOUGEE, LLP<br>100 Front Street<br>Worcester, Massachusetts 01608-1477 | John J. McDonnell<br>James Gumina<br>Patrick Gattari<br>Paula Fritsch<br>McDONNELL BOEHNEN HULBERT &<br>    BERGHOFF<br>300 South Wacker Drive<br>Chicago, Illinois 60606 |

Dated: February 3, 2006

SO ORDERED, this _____ day of February, 2006.

_____
Chief Judge

166265.1