# EXHIBIT A

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| U.S. Patent No. :  6,870,624 | ) |
| | ) |
| Issued :      March 22, 2005 | ) |
| | ) |
| For:   Optical Wavelength Resonant Device | ) |
|         For Chemical Sensing | ) |

### Statement of Douglas S. Hobbs Pursuant to 35 U.S.C § 256 and 37 CFR 1.324

I, Douglas S. Hobbs, of the city of Lexington in the State of Massachusetts, make oath and say as follows:

1. I am a named inventor on U.S. Patent No. 6,870,624.

2. I have no disagreement with regard to the addition of Dr. Brian Cunningham as a named inventor on U.S. Patent No. 6,870,624.

_____
Douglas S. Hobbs

Date: JANUARY 24, 2006