# EXHIBIT B

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

U.S. Patent No. :  6,870,624                    )
                                                )
Issued :        March 22, 2005                  )
                                                )
For:   Optical Wavelength Resonant Device       )
       For Chemical Sensing                     )

Statement of James J. Cowan Pursuant to 35 U.S.C § 256 and 37 CFR 1.324

I, James J. Cowan, of the city of Lexington in the State of Massachusetts, make oath and

state as follows:

1. I am a named inventor on U.S. Patent No. 6,870,624.

2. I have no disagreement with regard to the addition of Dr. Brian Cunningham as a named

   inventor on the U.S. Patent. No. 6,870,624.


James J. Cowan

Date:  24 January 2006