# TAB 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-201-SLR |
| ) | |
| DOUGLAS S. HOBBS, ) | |
| JAMES J. COWAN, and ) | |
| COHO HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER CORRECTING INVENTORSHIP

On the Motion of Plaintiff SRU Biosystems, Inc for the entry of an Order pursuant to 35 U.S.C. § 256 to correct U.S. Patent No. 6,870,624 by adding Dr. Brian Cunningham as a inventor on the patent, there being no objection from the Defendants,

**IT IS HEREBY ORDERED**, this _____ day of February, 2006 that U.S. Patent No. 6,870,624 is corrected to add Dr. Brian Cunningham as an inventor.

_____
Chief Judge

166267.1