IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-201-SLR |
| | ) |
| DOUGLAS S. HOBBS, | ) |
| JAMES J. COWAN, and | ) |
| COHO HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

### ORDER CORRECTING INVENTORSHIP

On the Motion of Plaintiff SRU Biosystems, Inc for the entry of an Order pursuant to 35 U.S.C. § 256 to correct U.S. Patent No. 6,870,624 by adding Dr. Brian Cunningham as a inventor on the patent, there being no objection from the Defendants,

**IT IS HEREBY ORDERED**, this _10th_ day of February, 2006 that U.S. Patent No. 6,870,624 is corrected to add Dr. Brian Cunningham as an inventor.

_____
Chief Judge

166267.1