

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRU BIOSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-201-SLR |
| | ) |
| DOUGLAS S. HOBBS, | ) |
| JAMES J. COWAN, and | ) |
| COHO HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER OF DISMISSAL

Plaintiff SRU Biosystems, Inc. and Defendants Douglas S. Hobbs, James J.

Cowan and CoHo Holdings, LLC, have reached a settlement with regard to all asserted

claims between them in the above-captioned action. Attached to this Stipulated Order (at

Tabs 1 and 2, respectively) are Plaintiff's Unopposed Motion for Entry of an Order

Pursuant to 35 U.S.C § 256 to Correct the Inventorship of U.S. Patent No. 6,870,624 and

a proposed Order Correcting Inventorship. Upon entry of the Order Correcting

Inventorship, which will resolve Count I of Plaintiff's Complaint, the parties have agreed

that Count II of Plaintiff's Complaint and all of the Defendants' Counterclaims should be

dismissed with prejudice. Therefore, upon entry of the Order Correcting Inventorship

and this Stipulated Order of Dismissal, all of the issues in this action will be resolved.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties

respectfully request that the Court enter the Order Correcting Inventorship, and this

Stipulated Order of Dismissal, with each party to bear its own costs and attorneys' fees.

BLANK ROME LLP

/s/ *Dale Dube*
_____
Dale Dube (I.D. # 2863)
1201 Market Street
Suite 800
Wilmington, DE
dube@blankrome.com

*Attorneys for Defendants*


ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*


*Of Counsel:*

Brian Dingman
Patricia Davidson
MIRICK O'CONNELL DEMALLIE
    & LOUGEE, LLP
100 Front Street
Worcester, Massachusetts 01608-1477


*Of Counsel:*

John J. McDonnell
James Gumina
Patrick Gattari
Paula Fritsch
McDONNELL BOEHNEN HULBERT &
    BERGHOFF
300 South Wacker Drive
Chicago, Illinois 60606


Dated: February 3, 2006


SO ORDERED, this ___/0 th___ day of February, 2006.

Chief Judge

166265.1

2